

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

St. Louis District Office
1222 Spruce St, Rm 8 100
St Louis, MO 63103
(314) 798-1960
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 11/1/22

**To:** Amy C. Krekeler-Weber
7724 Lile Ave.
SAINT LOUIS, MO 63117

Charge No: 560-2021-01986

EEOC Representative and email:   Jill Berkland
Employment Investigator
Jill.Berkland@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 560-2021-01986.

On behalf of the Commission,

p.p. LEATHA JOHNSON
Digitally signed by LEATHA JOHNSON
Date: 2022.11.01 07:34:36 -05'00'

David Davis
Acting District Director

**EXHIBIT 1**

Cc:
Barb Enneking
BI-STATE DEVELOPMENT
211 N BROADWAY STE 700
Saint Louis, MO 63102

James Foster
McMahon Berger
2730 North Ballas Road, Suite 200
Saint Louis, MO 63131

Jerome Dobson
DOBSON BERNS & RICH LLP
5017 Washington Place #300
Saint Louis, MO 63108

Please retain this notice for your records.